**Order filed, February 22, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00708-CV
_____

**FORUM US, INC., Appellant**

**V.**

**JEFFREY MUSSELWHITE, AUDIE ROMERO, ANTELOPE OIL TOOL & MFG. CO., LLC, INTERVALE CAPITAL, LLC, HKM CONSULTING, LLC AND WEARSOX, L.P., Appellees**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2013-60075

## ORDER

The reporter's record in this case was due **November 27, 2017**. *See* Tex. R. App. P. 35.1. On December 21, 2017, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tammy Adams**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Tammy Adams** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM